CARLTON, J.,
DISSENTING:
¶ 19.1 respectfully dissent from the majority’s opinion. Duncan failed to properly serve his complaint upon MDOC and all other parties as required by Rule 4(h) of the Mississippi Rules of Civil Procedure. In addition to failing to serve summonses and copies of the complaint within 120 days from the date of filing, Duncan failed to file a motion to seek an extension of time to effect service pursuant to Rule 6(b)(2) of the Mississippi Rules of Civil Procedure. Duncan then failed to show good cause as to why he had not timely served process. As a result, I find no error in the trial court’s dismissal of Duncan’s complaint without prejudice.
LEE, C.J., BARNES AND FAIR, JJ., JOIN THIS OPINION.